# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

WAYNE WEATHERSPOON, an individual,

        Plaintiff,

v.

ANNE LEE, Trustee of the Ji Young Lee and Ok Young Lee Family Trust dated August 13, 2003; and DOES 1-10,

        Defendants.

No.: 2:21-cv-01973 JAK (PLAx)

**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS (DKT. 26) JS-6**

Based on a review of the parties' Joint Stipulation for Dismissal with Prejudice of All Defendants (the "Stipulation" (Dkt. 26)), this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party shall be responsible for its own fees and costs.

**IT IS SO ORDERED**.

_March 9, 2022_
Dated

_____
John A. Kronstadt
United States District Judge